No. 83–6145.   PALAZZO *v.* GULF OIL CORP.   Temp. Emerg. Ct. App.   Certiorari denied.

No. 83–6158.   CATANZARO *v.* HART ELECTRONICS CORP. C. A. Fed. Cir.   Certiorari denied.

No. 83–6163.   SPRAGUE *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–6171.   KELLY *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 83–6175.   GASDIEL *v.* LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 7th Cir.   Certiorari denied.